IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN MAIER,

      Plaintiff,

v.

STAKE CENTER LOCATING, LLC,

      Defendant.

Case No. 3:24-CV-02651-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on June 5, 2025 (Doc. 19), this action is **DISMISSED with prejudice**.

    **DATED:  June 5, 2025**

                                    MONICA A. STUMP,
                                    Clerk of Court

                                    By:  s/ *Jackie Muckensturm*
                                            Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
              STEPHEN P. McGLYNN
              U.S. District Judge